

DEC 1 2007

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

December 12, 2007

**BY FEDERAL EXPRESS**

The Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas St., Room 533
White Plains, NY 10601

# MEMO ENDORSED

Re:   Cardenas, *et al*. v. Phelps Memorial Hosp. Ctr., 07-CIV-11145 (KMK)(GAY)

Dear Judge Karas:

      This Office represents the third-party defendants Open Door Family Medical Center and Ossining Open Door (collectively, "Open Door") in the above-referenced civil action, which was removed to this Court from New York state court on December 11, 2007. Under Rule 81(c)(2) of the Federal Rules of the Civil Procedure, Open Door has until December 16, 2007 to respond to Phelps Memorial Hospital Center's ("Phelps") third-party complaint. I respectfully request that the time for the Government to respond to that third-party complaint on behalf of Open Door be extended by 45 days to provide the Government with an opportunity to investigate fully the circumstances relevant to that third-party complaint. Counsel for Phelps and counsel for plaintiffs, Roger S. Cardenas and Eudocia Anguisaca, have consented to this request.

      This is the Government's first request for an extension in this action. As no scheduling order has been entered, granting this request for an extension will not have an effect on any existing deadline in this action. I thank the Court for its consideration of this request.

```
  SDNY
  MENT
  RONICALLY FILED
  D   #
DATE FILED:
```

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: *[signature]*
LI YU
Assistant United States Attorney
Telephone: (212)637-2734
Facsimile: (212)637-2686

cc:   Rocco Conte, Esq. (By Facsimile)
      O'Connor, McGuinness, Conte, Doyle & Oleson
      One Barker Avenue, Suite 675
      White Plains, NY 10601-1517
      *Counsel for Third-Party Plaintiff Phelps Memorial Hospital Center*

(Granted)

SO ORDERED

*[signature]*
KENNETH M. KARAS U.S.D.J.
12/17/07

James P. Fitzgerald, Esq. (By Facsimile)
Fitzgerald & Fitzgerald, P.C.
538 Riverdale Ave.
Yonkers, NY 10705
*Counsel for Plaintiffs Cardenas and Anguisaca*