## F&F SCAN SHEET

F&F # _A05124_    File Name _Cardenass, Roger Steven inf_

CM _VP_    T.A. _____    Lit Atty. _SPF_    Supervisor _JD_

Date Document Received _3/17/08_    VIA _____

Date of Document _3/17/08_    Number of Pages Including This Page _____

File It File Name: _Notice of Apperance_    F&F # _A05124_

Author _____

### Trial Works Tab

[ ] Correspondence    [ ] Ancillary    [ ] Research
[X] Pleadings    [ ] Legal/Discovery    [ ] Damages/Liability
[ ] Depositions    [ ] Subpoena    [ ] Medical
[ ] Motions

Document Prepped for Scanning By _MJ_ On _3/17/08_

Scanned By _MJ_ On _3/17/08_

Filed in TW By _____ On __/__/__

Email to: CM, Lit Atty, TA, Sprvsr and _____

### Post Scan Routing

**From**                **To**                **Date**

Scanning            _____            __/__/__

_____            _____            __/__/__

_____            _____            __/__/__

_____            Main File Room            __/__/__

### Request For Special Storage of Document

Requested By _____    Date __/__

Reason _____

RECEIVED MAR 17 2008

\\rhino\TrialWorks\CaseFiles\10624\Pleadings\FEDERAL-NOTICEOFAPPEARANCE.doc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ROGER STEVEN CARDENAS, an infant, by his mother
and natural guardian, EUDOCIA ANGUISACA, and
EUDOCIA ANGUISACA, individually,

                        Plaintiff(s),

      -against-

PHELPS MEMORIAL HOSPITAL CENTER,

                        Defendant(s).
-------------------------------------------------------------------X
PHELPS MEMORIAL HOSPITAL CENTER,

                     Third-Party Plaintiff(s),
      -against-

OPEN DOOR FAMILY MEDICAL CENTER, INC. and
OSSINING OPEN DOOR,

                    Third-Party Defendant(s).
-------------------------------------------------------------------X

ECF CASE

07 Civ. 11145 (KMK)(GAY)

**NOTICE
OF
APPEARANCE**

PLEASE TAKE NOTICE that Fitzgerald & Fitzgerald, P.C., whose office address is 535 Riverdale Avenue, Yonkers, New York 10705, appears in this action as counsel for the plaintiffs and demands that all pleadings and papers be served upon the firm at that address.

Dated: Yonkers, New York
       March 17, 2008

                                                  Fitzgerald & Fitzgerald, P.C.
                                                  Attorneys for Plaintiffs

To: O'Connor, McGuinness, Conte, Doyle & Oleson
    Attys. for Deft./3d Pty Pltf. Phelps Memorial
      Hospital Center
    One Barker Avenue/Suite 675
    White Plains NY 10601-1517
     Attn: Rocco Conte, Esq.

    Michael J. Garcia
    US Atty. for the Southern Dist. of New York

538 Riverdale Avenue
Yonkers NY 10705
914-378-1010
by: John M. Daly (JD8521) and
     Mitchell Gittin (MG2222)

Atty for Defts. & Third Party Defts Open Door Family
    Medical Center, Inc. and Ossining Open Door
86 Chambers Street, Third Floor
New York NY 10007