```
┌─────────────────────────────────┐
│ USDS SDNY                       │
│ DOCUMENT                        │
│ ELECTRONICALLY FILED            │
│ DOC #: _____           │
│ DATE FILED: _____          │
└─────────────────────────────────┘
```

U.S. Department of Justice

United States Attorney
Southern District of New York

86 Chambers Street, 3rd Floor
New York, New York 10007

March 4, 2008

**BY FEDERAL EXPRESS**

The Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas St., Room 533
White Plains, NY 10601

# MEMO ENDORSED

Re:   Cardenas, et al. v. Phelps Memorial Hosp. Ctr., 07 C iv. 11145 (KMK)(GAY)

Dear Judge Karas:

This Office represents the Defendant and third-party defendant Open Door Family Medical Center, Inc. and its office in Ossining, New York, defendant and third-party defendant Ossining Open Door (collectively, "Open Door") in the above-referenced lawsuit. Enclosed are courtesy copies of the Notice of Motion of Open Door to Substitute the United States as Defendant and Third-Party Defendant and to Dismiss the Claims against the United States in the Amended Complaint, the accompanying Memorandum of Law in support, and declaration and exhibits.

I thank the Court for its consideration of this motion.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
LI YU
Assistant United States Attorney
Telephone: (212)637-2734
Facsimile: (212)637-2686

*The motion is denied without prejudice for failure to comply with the Court's Individual Practices.*

SO ORDERED
_____
KENNETH M. KARAS U.S.D.J.
3/18/08

cc:   James P. Fitzgerald, Esq.
      Fitzgerald & Fitzgerald, P.C.
      538 Riverdale Ave.
      Yonkers, NY 10705
      *Counsel for Plaintiffs*

      Rocco Conte, Esq.
      O'Connor, McGuinness, Conte, Doyle & Oleson
      One Barker Avenue, Suite 675
      White Plains, NY 10601-1517
      *Counsel for Defendant and Third-Party Plaintiff Phelps Memorial Hospital Center*