UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

ROGER STEVEN CARDENAS et al,

    Plaintiffs,

-v-

PHELPS MEMORIAL HOSPITAL CENTER et al,

    Defendants.

Case No. 07-CV-11145 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

For the reasons outlined in Li Yu's letter of April 18, 2008, Plaintiffs' causes of action against Open Door Family Medical Center and Ossning Open Door (collectively, "Government Defendants") are dismissed without prejudice. Once Plaintiffs have administratively exhausted their claims against Government Defendants, Plaintiffs shall write the Court a pre-motion letter seeking leave to amend their Complaint.

SO ORDERED.

Dated:    May 30, 2008
            White Plains, New York

                                      KENNETH M. KARAS
                                      UNITED STATES DISTRICT JUDGE